# EXHIBIT 1
# PLAINTIFF'S COUNSEL'S NOTICE



## Overview

Case Title: Cowan v. Nationwide Mutual Insurance Company
Case No. 2:19-cv-01225

On April 1, 2019, we filed this collective action on behalf of all hourly call center employees of Nationwide Mutual Insurance Company.

## What is the Case about?

We filed this collective and class action against Nationwide Mutual Insurance Company in the U.S. District Court Southern District of Ohio for a class of hourly employees who were not paid for all hours worked.

The Case alleges that Nationwide violated the Fair Labor Standards Act by failing to pay employees for all hours worked. Specifically, Nationwide does not pay employees for time spent logging into their computers, opening up necessary programs, time otherwise spent getting "call ready," and time spent handling calls after the end of their shift.

Plaintiff believes that she and other hourly employees are entitled to recover unpaid wages, unpaid overtime, interest on the unpaid wages,



