# Exhibit 4

| Description of Expenses | Amount |
|---|---:|
| Service on Nationwide | $125.00 |
| 3-Certificates of Good Standing | $75.00 |
| Westlaw | $750.00 |
| Adobe E-Sign | $397.20 |
| Docketbird | $75.00 |
| Travel expenses (Flight, Hotel, Food, Uber) for Hearing in Columbus | $1,664.40 |
| Postage | $0.50 |
| **Total Expenses** | **$3,087.10** |