# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MYRA COWAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:19-cv-01225-SDM-CMV<br><br>Judge: Sarah D. Morrison<br><br>Magistrate: Chelsey M. Vascura |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of the Parties' Joint Motion for Approval of Settlement, the Declaration of Plaintiffs' Counsel, and the Settlement Agreement, along with all exhibits thereto, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g., Dillworth et. al. v. Case Farms Processing, Inc.*, No. 5:08-cv-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

ACCORDINGLY, it is hereby ORDERED AND ADJUDGED as follows:

1. The Settlement Agreement between Named Plaintiff Myra Cowan ("Named Plaintiff Cowan") and the Opt-In Plaintiffs identified in Exhibit A(1) of the Settlement Agreement (collectively, with Named Plaintiff Cowan, referred to as "Plaintiffs"), on one hand, and Nationwide Mutual Insurance Company ("Defendant" or "Nationwide"), on the other, is APPROVED, including, but not limited to, the Individual Settlement Payments to Plaintiffs; the Service Award to Named Plaintiff Cowan; and attorneys' fees and costs to Plaintiffs' Counsel.

2. The Individual Release Agreement between Named Plaintiff Cowan and Defendant, attached as Exhibit A(2) to the Settlement Agreement, is APPROVED.

3. The Notice of Settlement and release, as set forth in Exhibit A(4) of the Settlement Agreement, is APPROVED.

4. The Court DISMISSES WITH PREJUDICE, the Plaintiffs listed in Exhibit A(1) to the Settlement Agreement.

5. The Court further DISMISSES WITH PREJUDICE this action and all claims that were raised or that could have been raised in this action.

6. Without affecting the finality of this Order in any way, the Court retains continuing and exclusive jurisdiction over this action for the purpose of the administration and enforcement of the Settlement Agreement.

_____  10-19-2020
SARAH D. MORRISON
United States District Judge